UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BANK OF AMERICA, N.A.,

    Appellant,

v.

BELINDA TOLBERT BROWN,

    Debtor/Appellee.

CIVIL ACTION
No. 1:13-cv-2703-SCJ

### ORDER

This bankruptcy appeal is before the Court on Appellant's motion for order affirming decision of Bankruptcy Court [Doc. No. 3]. Appellant filed this appeal on August 13, 2013, and, thereafter, sought an order summarily affirming the Bankruptcy Court's order granting the Debtor's motion to strip lien. Acknowledging that the Bankruptcy Court's decision relied on the soon to be published Eleventh Circuit opinion in *McNeal v. GMAC Mortgage LLC*, 77 F. App'x 562 (11th Cir. May 11, 2012), and that challenging *McNeal's* reasoning before this Court would be futile, Appellant seeks a summary affirmance of the Bankruptcy Court's order to facilitate a prompt appeal to the Eleventh Circuit. For good cause shown, Appellant's unopposed motion is **GRANTED**.

IT IS SO ORDERED, this 17th day of September, 2013.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE