UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Appellant, <br><br> v. <br><br> BELINDA TOLBERT BROWN, <br><br> Appellee and Debtor,. | CIVIL ACTION FILE <br><br> NO. 1:13-cv-2703-SCJ <br><br> BANKRUPTCY COURT <br> Case No. 13-59123-mgd |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge on Appellant's Motion for Order Affirming the Decision of the Bankruptcy Court and the Court having granted said motion, it is

**Ordered and Adjudged** that the Bankruptcy Court's Order dated July 3, 2013 granting Debtor's Motion to Strip Lien is **affirmed**.

Dated at Atlanta, Georgia this 18th day of September, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Amanda Querrard
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 18, 2013
James N. Hatten
Clerk of Court

By:s/Amanda Querrard
       Deputy Clerk