UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: <br><br> Belinda Tolbert Brown, <br><br>    Debtor. <br><br> Bank of America, N.A., <br><br>    Appellant, <br><br> v. <br><br> Belinda Tolbert Brown, <br><br>    Appellee. | Case No. 13-cv-02703-SCJ |

### BANK OF AMERICA, N.A.'S STATEMENT OF ISSUE AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL TO THE ELEVENTH CIRCUIT ON APPEAL

Appellant Bank of America, N.A. hereby submits this Statement of Issues and Designation of Record On Appeal with respect to this appeal of the final order and judgment of the United States District Court for the Northern District of Georgia (Jones, J.), entered on September 18, 2013.

### STATEMENT OF ISSUE

Bank of America states that this appeal presents the following issue:

1

**Whether the Bankruptcy Code permits a chapter 7 debtor to "strip off" a junior mortgage lien when the value of the property securing that lien is less than the amount of outstanding debt secured by a senior mortgage lien on the property.**

## DESIGNATION OF RECORD ON APPEAL

Bank of America designates the following items for inclusion in the record of this appeal:

*In re Belinda Tolbert Brown*
**Case No. 13-59123-MGD (Bankr. N.D. Ga)**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| May 21, 2013 | 16 | Motion to Determine Secured Status of Claim of Junior Lien Holder with Bank of America, NA filed by E. L. Clark on behalf of Belinda Tolbert Brown. Hearing to be held on 6/27/2013 at 10:30 AM in Courtroom 1201, Atlanta, (Clark, E.) |
| July 5, 2013 | 18 | Order GRANTING Motion to Strip Lien of Bank of America, NA (Related Doc # 16) |
| July 15, 2013 | 20 | Notice of Appeal to District Court. Fee Amount $298 filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. Appellant Designation due by 7/29/2013, submission due by 8/14/2013, (related document(s)18 Order on Motion to Strip Lien)(Grodzicki, J.) |
| July 22, 2013 | 24 | Statement of Issues on Appeal *and Designation of the Record on Appeal* filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, |

| | | N.A.. (Grodzicki, J.) |

*Bank of America, N.A. v. Brown*
**Case No. 13-cv-02703-SCJ (N.D. Ga)**

| **Filing Date** | **Docket No.** | **Docket Text** |
|---|---|---|
| August 28, 2013 | 3 | MOTION for Order *Affirming Decision of Bankruptcy Court* with Brief In Support by Bank of America, N.A.. (Attachments: # 1 Exhibit "A" - Order, # 2 Exhibit "B" - Text of Proposed Order)(Grodzicki, Joseph) (Entered: 08/28/2013) |
| Sept. 18, 2013 | 4 | ORDER granting the 3 Motion for Order affirming the decision of Bankruptcy Court. Signed by Judge Steve C Jones on 09/17/13. (aaq) (Entered: 09/18/2013) |
| Sept. 18, 2013 | 5 | CLERK'S JUDGMENT AFFIRMING the decision of the Bankruptcy Court. (aaq)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 09/18/2013) |
| Sept. 20, 2013 | 6 | NOTICE OF APPEAL as to 5 Clerk's Judgment, 4 Order on Motion for Order by Bank of America, N.A.. Filing fee $ 455, receipt number 113E-4797280. Transcript Order Form due on 10/4/2013 (Grodzicki, Joseph) (Entered: 09/20/2013) |

Respectfully submitted, this 20th day of September, 2013.

*/s/ J. Kelsey Grodzicki*
J. Kelsey Grodzicki
Georgia Bar No. 134259
Rubin Lublin LLC
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia  30092
(770) 246-3324

*and*
Craig Goldblatt
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 663-6000
*Counsel for Bank of America, N.A.*

## **FONT CERTIFICATION**

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 20th day of September, 2013.

>  */s/ J. Kelsey Grodzicki*
>  J. KELSEY GRODZICKI
>  Georgia Bar No. 134259
> 
>  *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 20th day of September, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Emory Lee Clark
Clark & Washington
3300 N.E. Expressway
Building 3, Suite A
Atlanta, Georgia 30341

                                 */s/ J. Kelsey Grodzicki*
                                 J. KELSEY GRODZICKI
                                 Georgia Bar No. 134259

                                 *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com