APPEAL,CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:13−cv−02703−SCJ
### *Internal Use Only*

Bank of America, N.A. v. Brown  
Assigned to: Judge Steve C Jones  
Case in other court:  USBC ND Georgia, 13−59123−MGD  
                                  11th Circuit, Unassigned  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 08/13/2013  
Date Terminated: 09/18/2013  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

**Debtor**

**Belinda Tolbert Brown**

**Appellant**

**Bank of America, N.A.**   represented by   **Craig Goldblatt**  
Wilmer Cutler Pickering Hale and Dorr−DC  
1875 Pennsylvania Ave., NW  
Washington, DC 20006  
202−663−6000  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph Kelsey Grodzicki**  
Rubin Lublin LLC  
Suite 150  
3740 Davinci Court  
Peachtree Corners, GA 30092  
770−246−3300  
Email: JKG−ECF−Notifications@rubinlublin.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Belinda Tolbert Brown**   represented by   **Emory Lee Clark**  
Clark &Washington  
3300 N.E. Expressway  
Building 3, Suite A  
Atlanta, GA 30341  
404−522−2222  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/13/2013 | 1 | | BANKRUPTCY RECORD RECEIVED on submission of Notice of Appeal filed 7/15/13 by Bank of America, N.A.. from Order, entered on 7/5/13. (designated items attached) (Attachments: # 1 Doc. 20 – Notice of Appeal, # 2 Doc. 18 – Order, # 3 Motion, # 4 Statement of Issues, # 5 Docket Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. Modified text on 8/14/2013 (eop). (Entered: 08/14/2013) |
| 08/14/2013 | 2 | | Bankruptcy Appeal Briefing Schedule Appellant Brief due by 8/28/2013. Appellee Brief due by 9/11/2013. Appellant Reply Brief due by 9/25/2013. (eop) (Entered: 08/14/2013) |
| 08/28/2013 | 3 | | MOTION for Order *Affirming Decision of Bankruptcy Court* with Brief In Support by Bank of America, N.A.. (Attachments: # 1 Exhibit "A" – Order, # 2 Exhibit "B" – Text of Proposed Order)(Grodzicki, Joseph) (Entered: 08/28/2013) |
| 09/16/2013 | | | Submission of the 3 MOTION for Order *Affirming Decision of Bankruptcy Court* to District Judge Steve C Jones. (aaq) (Entered: 09/16/2013) |
| 09/18/2013 | 4 | 3 | ORDER granting the 3 Motion for Order affirming the decision of Bankruptcy Court. Signed by Judge Steve C Jones on 09/17/13. (aaq) (Entered: 09/18/2013) |
| 09/18/2013 | 5 | 4 | CLERK'S JUDGMENT AFFIRMING the decision of the Bankruptcy Court. (aaq)−−Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist−− (Entered: 09/18/2013) |
| 09/18/2013 | | | Civil Case Terminated. (aaq) (Entered: 09/18/2013) |
| 09/18/2013 | | | Clerks Certificate of Mailing as to Belinda Tolbert Brown (Attorney Emory Lee Clark) RE: 5 Clerk's Judgment and 4 Order on Motion for Order (aaq) (Entered: 09/18/2013) |
| 09/20/2013 | 6 | 5 | NOTICE OF APPEAL as to 5 Clerk's Judgment, 4 Order on Motion for Order by Bank of America, N.A.. Filing fee $ 455, receipt number 113E−4797280. Transcript Order Form due on 10/4/2013 (Grodzicki, Joseph) (Additional attachment(s) added on 9/20/2013: # 1 NOA Transmittal Letter) (fem). (Entered: 09/20/2013) |
| 09/20/2013 | 7 | | DESIGNATION of Record on Appeal by Bank of America, N.A. re 5 Clerk's Judgment, 4 Order on Motion for Order Case Appealed to 11th Circuit Case Number Unassigned. (Grodzicki, Joseph) (Entered: 09/20/2013) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BANK OF AMERICA, N.A.,

    Appellant,

v.

BELINDA TOLBERT BROWN,

    Debtor/Appellee.

CIVIL ACTION
No. 1:13-cv-2703-SCJ

O R D E R

This bankruptcy appeal is before the Court on Appellant's motion for order affirming decision of Bankruptcy Court [Doc. No. 3]. Appellant filed this appeal on August 13, 2013, and, thereafter, sought an order summarily affirming the Bankruptcy Court's order granting the Debtor's motion to strip lien. Acknowledging that the Bankruptcy Court's decision relied on the soon to be published Eleventh Circuit opinion in *McNeal v. GMAC Mortgage LLC*, 77 F. App'x 562 (11th Cir. May 11, 2012), and that challenging *McNeal's* reasoning before this Court would be futile, Appellant seeks a summary affirmance of the Bankruptcy Court's order to facilitate a prompt appeal to the Eleventh Circuit. For good cause shown, Appellant's unopposed motion is **GRANTED**.

IT IS SO ORDERED, this 17th day of September, 2013.

                              HONORABLE STEVE C. JONES
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Appellant, <br><br> v. <br><br> BELINDA TOLBERT BROWN, <br><br> Appellee and Debtor,. | CIVIL ACTION FILE <br><br> NO. 1:13-cv-2703-SCJ <br><br> BANKRUPTCY COURT <br> Case No. 13-59123-mgd |

## JUDGMENT

This action having come before the court, Honorable Steve C. Jones, United States District Judge on Appellant's Motion for Order Affirming the Decision of the Bankruptcy Court and the Court having granted said motion, it is

**Ordered and Adjudged** that the Bankruptcy Court's Order dated July 3, 2013 granting Debtor's Motion to Strip Lien is **affirmed**.

Dated at Atlanta, Georgia this 18th day of September, 2013.

                JAMES N. HATTEN
                CLERK OF COURT

                By: s/Amanda Querrard
                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 September 18, 2013
James N. Hatten
Clerk of Court

By:s/Amanda Querrard
  Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Belinda Tolbert Brown,<br><br>    Debtor.<br> | Case No. 13-cv-02703-SCJ |
| Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Belinda Tolbert Brown,<br><br>    Appellee. | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a) and 6, Appellant Bank of America, N.A. hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final order and judgment of the United States District Court for the Northern District of Georgia (Jones, J.) entered in this case on September 18, 2013 [Dkts. # 4, 5], affirming the July 5, 2013, order entered by the United States Bankruptcy Court for the Northern District of Georgia (Diehl, J.) (No. 13-59123, Dkt. # 18).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Appellant** | **Counsel** |
|---|---|
| Bank of America, N.A. | J. Kelsey Grodzicki<br>Rubin Lublin LLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, Georgia 30092<br>(770) 246-3324<br><br>*and*<br><br>Craig Goldblatt<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| **Appellee** | **Counsel** |
| Belinda Tolbert Brown | Emory Lee Clark<br>Clark & Washington<br>3300 N.E. Expressway<br>Building 3, Suite A<br>Atlanta, Georgia 30341<br>(404) 522-2222 |

Respectfully submitted this 20th day of September, 2013.

          */s/ J. Kelsey Grodzicki*
          J. KELSEY GRODZICKI
          Georgia Bar No. 134259
          Rubin Lublin LLC
          3740 Davinci Court, Suite 150
          Peachtree Corners, Georgia  30092
          (770) 246-3324

CRAIG GOLDBLATT
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
(202) 663-6000

*Counsel for Bank of America, N.A.*

## **FONT CERTIFICATION**

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 20th day of September, 2013.

>  */s/ J. Kelsey Grodzicki*
>  J. KELSEY GRODZICKI
>  Georgia Bar No. 134259
>
>  *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of September, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Emory Lee Clark
Clark & Washington
3300 N.E. Expressway
Building 3, Suite A
Atlanta, Georgia 30341

           */s/ J. Kelsey Grodzicki*
           J. KELSEY GRODZICKI
           Georgia Bar No. 134259

           *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

September 20, 2013

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    U.S.D.C. No.: 1:13-cv-2703-SCJ
    U.S.C.A. No.: 00-00000
    In re:    *Bank of American, N.A. v. Belinda Tolbert Brown*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | Fee paid on 9/20/13. |
| ___ | Appellant has been leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| ___ | The District Judge is . |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By: /s/ Elaine N. McFarland
      Deputy Clerk

Enclosures

10