# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Belinda Tolbert Brown,<br><br>　　　Debtor. | Case No. 13-cv-02703-SCJ |
| Bank of America, N.A.,<br><br>　　　Appellant,<br><br>v.<br><br>Belinda Tolbert Brown,<br><br>　　　Appellee. | |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a) and 6, Appellant Bank of America, N.A. hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final order and judgment of the United States District Court for the Northern District of Georgia (Jones, J.) entered in this case on September 18, 2013 [Dkts. # 4, 5], affirming the July 5, 2013, order entered by the United States Bankruptcy Court for the Northern District of Georgia (Diehl, J.) (No. 13-59123, Dkt. # 18).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Appellant | Counsel |
|---|---|
| Bank of America, N.A. | J. Kelsey Grodzicki<br>Rubin Lublin LLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, Georgia 30092<br>(770) 246-3324<br><br>*and*<br><br>Craig Goldblatt<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| **Appellee** | **Counsel** |
| Belinda Tolbert Brown | Emory Lee Clark<br>Clark & Washington<br>3300 N.E. Expressway<br>Building 3, Suite A<br>Atlanta, Georgia 30341<br>(404) 522-2222 |

Respectfully submitted this 20th day of September, 2013.

*/s/ J. Kelsey Grodzicki*
J. KELSEY GRODZICKI
Georgia Bar No. 134259
Rubin Lublin LLC
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia  30092
(770) 246-3324

CRAIG GOLDBLATT
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
(202) 663-6000

*Counsel for Bank of America, N.A.*

## **FONT CERTIFICATION**

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 20th day of September, 2013.

                            */s/ J. Kelsey Grodzicki*
                            J. KELSEY GRODZICKI
                            Georgia Bar No. 134259

                            *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of September, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Emory Lee Clark
Clark & Washington
3300 N.E. Expressway
Building 3, Suite A
Atlanta, Georgia 30341

*/s/ J. Kelsey Grodzicki*
J. KELSEY GRODZICKI
Georgia Bar No. 134259

*Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

September 20, 2013

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

    U.S.D.C. No.: 1:13-cv-2703-SCJ
    U.S.C.A. No.: 00-00000
    In re:    **Bank of American, N.A. v. Belinda Tolbert Brown**

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| X | Fee paid on 9/20/13. |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| ___ | The District Judge is . |
| ___ | This is a **DEATH PENALTY** appeal. |

                            Sincerely,

                            James N. Hatten
                            District Court Executive
                            and Clerk of Court

                     By:    /s/    Elaine N. McFarland
                            Deputy Clerk

Enclosures

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Appellant, <br><br> v. <br><br> BELINDA TOLBERT BROWN, <br><br> Appellee and Debtor,. | CIVIL ACTION FILE <br><br> NO. 1:13-cv-2703-SCJ <br><br> BANKRUPTCY COURT <br> Case No. 13-59123-mgd |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge on Appellant's Motion for Order Affirming the Decision of the Bankruptcy Court and the Court having granted said motion, it is

**Ordered and Adjudged** that the Bankruptcy Court's Order dated July 3, 2013 granting Debtor's Motion to Strip Lien is **affirmed**.

Dated at Atlanta, Georgia this 18th day of September, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Amanda Querrard
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 18, 2013
James N. Hatten
Clerk of Court

By:s/Amanda Querrard
      Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BANK OF AMERICA, N.A.,

    Appellant,

v.

BELINDA TOLBERT BROWN,

    Debtor/Appellee.

CIVIL ACTION
No. 1:13-cv-2703-SCJ

### ORDER

This bankruptcy appeal is before the Court on Appellant's motion for order affirming decision of Bankruptcy Court [Doc. No. 3]. Appellant filed this appeal on August 13, 2013, and, thereafter, sought an order summarily affirming the Bankruptcy Court's order granting the Debtor's motion to strip lien. Acknowledging that the Bankruptcy Court's decision relied on the soon to be published Eleventh Circuit opinion in *McNeal v. GMAC Mortgage LLC*, 77 F. App'x 562 (11th Cir. May 11, 2012), and that challenging *McNeal's* reasoning before this Court would be futile, Appellant seeks a summary affirmance of the Bankruptcy Court's order to facilitate a prompt appeal to the Eleventh Circuit. For good cause shown, Appellant's unopposed motion is **GRANTED**.

IT IS SO ORDERED, this 17th day of September, 2013.

                                                       HONORABLE STEVE C. JONES
                                                       UNITED STATES DISTRICT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 25, 2013

Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

Joseph Kelsey Grodzicki
Rubin Lublin, LLC
3740 DAVINCI CT STE 150
PEACHTREE CORNERS, GA 30092

Appeal Number: 13-14298-FF
Case Style: Bank of America, N.A. v. Belinda Brown
District Court Docket No: 1:13-cv-02703-SCJ

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE October 30, 2013. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. Motions for extensions of time to file a brief are frowned upon by the court.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules and General Order 39, for further information. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Attorneys and pro se parties must file an appendix in conformance with 11th Cir. R. 30-1, 30-2

and General Order 39, available on the court's Web site. Pro se parties who are incarcerated are not required to file an appendix.

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a certificate is electronically filed using the ECF system, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 813-301-5530 (Tampa) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet Spradlin, FF
Phone #: (404) 335-6178

DKT-7CIV Civil Early Briefing